**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MARCO TULIO CRUZ PALACIOS,    )
    )
       Petitioner,    )
    )
v.    )    Case No. CIV-26-1653-J
    )
WARDEN, Cimarron Correctional Facility,    )
et al.,    )
    )
       Respondents.    )

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner was removed from the United States. [Doc. No. 14]. Under such circumstances, the Court DISMISSES the Petition as MOOT.

IT IS SO ORDERED this 10th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE